# United States Bankruptcy Court
## Eastern District of New York

In re   Peter Thaddeus O'Neill
       Diana Lynn O'Neill

Case No. _____

Debtor(s)

Chapter   **7**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Peter Thaddeus O'Neill__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

     I, __Diana Lynn O'Neill__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

■   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date   **November 4, 2015**      Signature   _/s/ Peter Thaddeus O'Neill_
                                                    Peter Thaddeus O'Neill
                                                    Debtor

Date   **November 4, 2015**      Signature   _/s/ Diana Lynn O'Neill_
                                                    Diana Lynn O'Neill
                                                    Joint Debtor